# In The
# United States Court Of Appeals
# for the Fourth Circuit

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| *Plaintiff – Appellee*, ) | |
| ) | Record No. 22-4438 |
| v. ) | |
| ) | |
| **DEMETRIUS ANTWON MCGREGOR,** ) | |
| ) | |
| *Defendant – Appellant.* ) | |
| _____) | |

## APPELLANT'S MOTION FOR LEAVE TO FILE AN OVERSIZED JOINT APPENDIX

COMES NOW the Appellant, Demetrius Antwon McGregor, by and through undersigned counsel, and hereby moves this Honorable Court for an Order granting leave to file an oversized Joint Appendix of <u>1,394</u> pages, inclusive of the cover and table of contents. In support of this request, Appellant presents the following:

1. Local Rule 30(b) provides that there is no page limit on the length of the joint appendix, except as provided in Local Rule 32(a). Local Rule 32(a) provides that a joint appendix in a court-appointed case should not exceed 250 double-sided sheets without permission of the Court.

2. According to Local Rule 30(a)(1), the appendix must contain, "the relevant docket entries in the proceeding below, the relevant portions of the pleadings, charge, findings, or opinion, the judgment, order, or decision in question; and other parts of the record to which the parties wish to direct the court's attention."

3. The remaining entries include the mandated inclusions and other items designated by all parties.

4. The Joint Appendix necessarily exceeds the page limit because of the length and complexity of this litigation, as well as to ensure that all mandatory and relevant materials are available for this Court's review in the Joint Appendix.

WHEREFORE, Appellant respectfully requests that this Motion be granted, and that the Court accept for filing a Joint Appendix of 1,394 pages in this case.

Respectfully Submitted,

*/s/ Lawrence H. Woodward, Jr.*
Lawrence H. Woodward, Jr., VSB# 21756
RULOFF, SWAIN, HADDAD, MORECOCK
 TALBERT & WOODWARD, P.C.
317 30TH Street
Virginia Beach, Virginia 23451
(757) 671-6047
(757) 671-6004

*Counsel for Appellant*

## CERTIFICATE OF COMPLIANCE

1. This document complies with type-volume limits because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) (cover page, disclosure statement, table of contents, table of citations, statement regarding oral argument, signature block, certificates of counsel, addendum, attachments):

    this document contains <u>237</u> words.

2. This document complies with the typeface requirements because:

    this document has been prepared in a proportional spaced typeface using <u>Microsoft Word</u> in <u>14 point Times New Roman</u>.

<br>

      Respectfully Submitted,

      <u>/s/ Lawrence H. Woodward, Jr.</u>
      Lawrence H. Woodward, Jr., VSB# 21756
      RULOFF, SWAIN, HADDAD, MORECOCK
        TALBERT & WOODWARD, P.C.
      317 30TH Street
      Virginia Beach, Virginia 23451
      (757) 671-6047
      (757) 671-6004

      *Counsel for Appellant*